THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON APELA AFOA,<br><br>Plaintiff,<br><br>v.<br><br>HAWAIIAN AIRLINES INC., et al.,<br><br>Defendants. | CASE NO. C11-0028-JCC<br><br>ORDER |

This matter comes before the Court on Hawaiian Airlines, Inc.'s Second Motion for Summary Judgment. (Dkt. No. 174). This Court previously granted summary judgment for three other defendants and for Hawaiian Airlines on certain claims, but denied summary judgment on the negligence claims. (Dkt. No. 173.) Having conducted further discovery, Plaintiff now confirms that Defendant Hawaiian Airlines was not responsible for his loss, and he does not oppose the dismissal of claims against it. (Dkt. No. 176 at 2.) The Court agrees with the parties and GRANTS the summary-judgment motion. (Dkt. No. 174.) Plaintiff's remaining claims against Hawaiian Airlines, Inc., are dismissed with prejudice.

//

//

//

DATED this 20th day of June 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE