THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON APELA AFOA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHINA AIRLINES LTD, et al.,<br><br>    Defendants. | CASE NO. C11-0028-JCC<br><br>ORDER |

This matter comes before the Court on Defendant John Bean Technologies Corporation's motion for summary judgment (Dkt. No. 179). Plaintiff does not oppose the motion and agrees that Defendant is not responsible for his loss. (Dkt. No. 180.) Having reviewed the record, the Court agrees with the parties and GRANTS the motion for summary judgment. (Dkt. No. 179.) Plaintiff's claims against Defendant John Bean Technologies Corporation are dismissed with prejudice.

//
//
//
//

DATED this 7th day of July 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2