THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON APELA AFOA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHINA AIRLINES LTD,<br><br>　　　　　Defendant. | CASE NO. C11-0028-JCC<br><br>ORDER |

　　　This matter comes before the Court on Defendant TLD America Corporation's motion for summary judgment (Dkt. No. 182). Plaintiff does not oppose the motion and agrees that Defendant is not responsible for his loss. (Dkt. No. 185.) Having reviewed the record, the Court agrees with the parties and GRANTS the motion for summary judgment. (Dkt. No. 182.) Plaintiff's claims against Defendant TLD America Corporations are dismissed with prejudice.

　　　DATED this 18th day of July 2014.

*[signature: John C. Coughenour]*

ORDER
PAGE - 1

John C. Coughenour
UNITED STATES DISTRICT JUDGE